Case 2:09-cv-03143-GP   Document 17   Filed 08/21/2009   Page 1 of 2
Case 2:09-cv-03143-GP   Document 6   Filed 08/17/2009   Page 1 of 3
Case 2:09-cv-03143-GP   Document 5   Filed 08/14/2009   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEMISCOT MEMORIAL HOSPITAL, on behalf of itself and all other similarly situated entities,<br><br>Plaintiff,<br><br>v.<br><br>CSL LIMITED; CSL BEHRING LLC; and BAXTER INTERNATIONAL INC.,<br><br>Defendants. | Civil Action No. 09 cv 3143<br><br>Judge Gene E. K. Pratter |

### STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO THE COMPLAINT

Pursuant to Local Rule 7.4(b)(2), Plaintiff Pemiscot Memorial Hospital ("Pemiscot") and Defendant Baxter International Inc. ("Baxter"), submit the following stipulation regarding an extension of time for Defendant Baxter to answer, move or otherwise respond to the Complaint:

1.  On or about July 28, 2009, Pemiscot served Baxter with the Complaint in this matter via corporate service. Accordingly, Baxter is required to answer or otherwise plead to the Complaint on or before August 17, 2009.

2.  Jones Day recently was engaged to represent Baxter in this matter. Counsel for Baxter requires additional time to more fully investigate the allegations contained in the Complaint.

3.  Leading up to and on August 14, 2009, counsel for Baxter (Paula W. Render) communicated with counsel for Pemiscot (Daniel A. Small), who stated that Pemiscot had no

objection to this extension, and agreed to stipulate to the same. Baxter believes that this stipulation will not unfairly prejudice any party to this action.

4. Upon entry of this stipulation, Baxter's deadline to answer, move or otherwise respond to the Complaint shall be September 16, 2009.

Dated: August 14, 2009

| /s/ with consent of Marc I. Machiz | /s/ Heather M. Boylan Clark |
|---|---|
| Marc I. Machiz<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>255 South 17th Street, Suite 1307<br>Philadelphia, PA 19103<br>Phone: 267-773-4680<br>Email: mmachiz@cohenmilstein.com<br><br>Daniel A. Small<br>Richard A. Koffman<br>Kit A. Pierson<br>Benjamin D. Brown<br>Christopher J. Cormier<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>255 South 17th Street, Suite 1307<br>Philadelphia, PA 19103<br>Phone: 267-773-4680<br>Email: dsmall@cohenmilstein.com<br>rkoffman@cohenmilstein.com<br>kpierson@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>ccormier@cohenmilstein.com<br><br>Mike Ponder<br>Cook, Barkett, Maguire & Ponder, L.C.<br>715 N. Clark, P.O. Box 1180<br>Cape Girardeau, MO 63702-1180<br>Phone: 573-335-6651<br>Email: mponder@cbmplaw.com<br><br>*Attorneys for Plaintiff Pemiscot Memorial Hospital* | Heather M. Boylan Clark<br>PA ID No. 89206<br>JONES DAY<br>One Mellon Center<br>500 Grant Street, Suit 4500<br>Pittsburgh, PA 15219-2514<br>Phone: 412-391-3939<br>Email: hmboylanclark@jonesday.com<br><br>Michael Sennett<br>Pamela L. Taylor<br>Paula W. Render<br>Brent P. Ray<br>JONES DAY<br>77 West Wacker Drive, Suit 3500<br>Chicago, IL 60601<br>Phone: 312-782-3939<br>Email: msennett@jonesday.com<br>ptaylor@jonesday.com<br>prender@jonesday.com<br>bpray@jonesday.com<br><br>*Attorneys for Defendant Baxter International, Inc.* |

DATE: August 19, 2009

SO ORDERED:

GENE E.K. PRATTER
UNITED STATES DISTRICT COURT JUDGE