BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION   09-3143

| | |
|---|---|
| IN RE BLOOD PLASMA PROTEINS ANTITRUST LITIGATION | MDL Docket No. _____ |

**PLAINTIFF PEMISCOT MEMORIAL HOSPITAL'S MOTION TO TRANSFER
RELATED ACTIONS TO THE EASTERN DISTRICT OF PENNSYLVANIA FOR
CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS
PURSUANT TO 28 U.S.C. § 1407**

Plaintiff Pemiscot Memorial Hospital ("Plaintiff"), by its undersigned counsel,

respectfully requests the Judicial Panel on Multidistrict Litigation ("Panel") to issue an

order pursuant to 28 U.S.C. § 1407 for transfer to and coordination or consolidation in the

Eastern District of Pennsylvania for pretrial proceedings of all currently pending and later

filed antitrust actions relating to a conspiracy to fix prices and restrict output of Blood

Plasma Proteins.

1.     To date, at least three antitrust direct purchaser actions have been filed

alleging a conspiracy to fix prices and restrain output of Blood Plasma Proteins[1] in

---

[1]     Blood Plasma Proteins are used primarily by hospitals to treat critically ill patients suffering from,
among other diseases, various immune disorders. Pemiscot Mem'l Hosp. Compl., ¶ 2.   For purposes of
the complaints filed, Blood Plasma Proteins refer to Ig and albumin.  *Id.*, ¶ 36.  Ig is used to treat primary
immune deficiencies and certain autoimmune disorders.  *Id.*, ¶ 37.  Albumin is used to expand blood
volume and to prime heart valves during surgery.  *Id.*, ¶ 41.

violation of Section 1 of the Sherman Act, 15 U.S.C. § 1 *et seq.* The first-filed civil action is a class action filed in the United States District Court for the Eastern District of Pennsylvania on behalf of all direct purchasers of Blood Plasma Proteins. The second-filed action is also a class action filed in the United States District Court for the Eastern District of Pennsylvania on behalf of all direct purchasers of Blood Plasma Proteins. The third-filed civil action is a class action filed in the United States District Court for the Northern District of Illinois on behalf of all direct purchasers of Blood Plasma Proteins.[2] Therefore, this motion for transfer and consolidation or coordination is properly before the Panel. Pursuant to Rule 7.2(a)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, a Schedule of Actions for which coordination or consolidation is requested is attached as Exhibit A to the accompanying memorandum in support of this motion (the "Actions").

　　　2.　　　The Actions proposed for transfer and consolidation or coordination are based on the same operative facts and therefore "[i]nvolve one or more common questions of fact" as required by 28 U.S.C. § 1407(a). Common questions of fact are: (a) whether Defendants conspired to fix the prices and restrict output of Blood Plasma Proteins; (b) the identity of the participants in the conspiracy; (c) the duration of the conspiracy; (d) the nature and character of the acts performed in furtherance of the conspiracy; (e) whether the conspiracy violated Section 1 of the Sherman Act; (f) whether Defendants fraudulently concealed their unlawful conduct; (g) whether Defendants' conduct injured the business or property of Plaintiffs and members of the proposed class; and (h) the appropriate measure of damages sustained by Plaintiffs and members of the proposed class.

---

[2] This action similarly characterizes the relevant products as "Plasma Derivative Protein Therapies."

2

3.    The United States District Court for the Eastern District of Pennsylvania is the appropriate forum for transfer and consolidation or coordination of the Actions because:

(a)    the first two Related Actions were filed there;

(b)    the majority of Related Actions to date have been filed there;

(c)    the related governmental investigation occurred in nearby Washington, D.C.;

(d)    many of the parties, witnesses and documents, including one of the two domestic defendants, CSL Behring, are located there;

(e)    it is a very accessible forum;

(f)    it has the necessary expertise and resources to efficiently manage this litigation; and

(g)    it has a favorable docket.

WHEREFORE, Plaintiff respectfully requests that the Panel issue an Order transferring the action in the United States District Court for the Northern District of Illinois and all subsequently filed related actions to the United States District Court for the Eastern District of Pennsylvania for consolidated or coordinated pretrial proceedings.

Dated: August 24, 2009                    Respectfully submitted,


                                        _Richard A. Koffman /by CJC_
                                        Daniel A. Small
                                        Richard A. Koffman
                                        Kit A. Pierson
                                        Benjamin D. Brown
                                        Christopher J. Cormier
                                        COHEN MILSTEIN SELLERS & TOLL PLLC
                                        1100 New York Avenue, NW
                                        Suite 500 West
                                        Washington, DC 20005
                                        Telephone: (202) 408-4600

3

Facsimile: (202) 408-4699
E-mail: dsmall@cohenmilstein.com
       rkoffman@cohenmilstein.com
       kpierson@cohenmilstein.com
       bbrown@cohenmilstein.com
       ccormier@cohenmilstein.com

Seth R. Gassman
COHEN MILSTEIN SELLERS & TOLL PLLC
150 East 52nd Street, Suite 30th Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
E-mail: sgassman@cohenmilstein.com

Marc I. Machiz
COHEN MILSTEIN SELLERS & TOLL PLLC
255 South 17th Street, Suite 1307
Philadelphia, PA 19103
Telephone: (267) 773-4680
Facsimile: (267) 773-4690
E-mail: mmachiz@cohenmilstein.com

Mike Ponder
COOK, BARKETT, MAGUIRE & PONDER, L.C.
715 N. Clark, P.O. Box 1180
Cape Girardeau, MO 63702-1180
Telephone: (573) 335-6651
Facsimile: (573) 335-6182
E-mail: mponder@cbmplaw.com

*Attorneys for Plaintiff Pemiscot Memorial Hospital*

4

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE BLOOD PLASMA PROTEINS ANTITRUST LITIGATION | MDL Docket No. _____ |

**PLAINTIFF PEMISCOT MEMORIAL HOSPITAL'S MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION TO TRANSFER RELATED ACTIONS TO THE
EASTERN DISTRICT OF PENNSYLVANIA FOR CONSOLIDATED OR
COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

**I.    INTRODUCTION**

Pursuant to Rule 7.2(a) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, Plaintiff Pemiscot Memorial Hospital[1] ("Plaintiff") respectfully

submits this memorandum in support of its Motion to Transfer Related Actions to the

Eastern District of Pennsylvania for Consolidated or Coordinated Pretrial Proceedings

Pursuant to 28 U.S.C. § 1407.   There presently are at least three substantially similar

antitrust actions pending in two different judicial districts in the United States ("Related

Actions").[2]

---

[1]      Pemiscot Memorial Hospital filed the first complaint in this matter on July 15, 2009 in the Eastern
District of Pennsylvania. *See Pemiscot Mem'l Hosp. v. CSL Limited, et al.*, Civil Action No. 3143 (GP).

[2]      *See* Schedule of Actions Pursuant to Rule 7.2 of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation (attached as Exhibit A).

1

Centralization of all related cases in a single judicial district is appropriate because it will promote the just, fair, and efficient conduct of this litigation, eliminate duplicative discovery, prevent inconsistent judicial rulings, and conserve judicial and party resources. That judicial district should be the Eastern District of Pennsylvania because:

(1)    the first two Related Actions were filed there;

(2)    the majority of Related Actions to date have been filed there;

(3)    the related governmental investigation occurred in nearby Washington, D.C.;

(4)    many of the parties, witnesses and documents, including one of the two domestic defendants, CSL Behring, are located there;

(5)    it is a very accessible forum;

(6)    it has the necessary expertise and resources to efficiently manage this litigation; and

(7)    it has a favorable docket.

Accordingly, for these reasons and others set forth in greater detail below, the Related Actions should be centralized in the Eastern District of Pennsylvania.

## II.    BACKGROUND

### A.    The Basis of the Litigation

The Related Actions all arise from the same basic facts concerning an alleged multi-year conspiracy among major suppliers of Blood Plasma Proteins[3] to raise, fix,

---

[3]    Blood Plasma Proteins are used primarily by hospitals like Plaintiffs to treat critically ill patients suffering from, among other diseases, various immune disorders. Pemiscot Mem'l Hosp. Compl., ¶ 2. For purposes of the complaints filed, Blood Plasma Proteins refer to Ig and albumin. *Id.*, ¶ 36. Ig is used to treat primary immune deficiencies and certain autoimmune disorders. *Id.*, ¶ 37. Albumin is used to expand blood volume and to prime heart valves during surgery. *Id.*, ¶ 41.

maintain or stabilize prices and to restrict the output of Blood Plasma Proteins in the United States, a *per se* violation of Section 1 of the Sherman Act, 15 U.S.C. § 1 *et seq.*

These actions follow closely on the heels of the Federal Trade Commission's ("FTC") filing of an administrative complaint that sought to block Defendant CSL Limited's attempted acquisition of a smaller manufacturer of Blood Plasma Proteins on the basis that the deal would substantially reduce competition in the United States for Blood Plasma Proteins.   Pemiscot Mem'l Hosp. Compl., ¶ 4.   In evaluating the anticompetitive effects that the deal would produce, the FTC discovered evidence from Defendants' own files that "suggests a strong possibility of ongoing coordinated interaction between firms in the plasma industry." *Id.,* ¶ 5.   The FTC further has remarked that this evidence, some of which already has been made public, "is similar to language that in other instances has been found to be evidence supporting an illegal price fixing conspiracy," and thus could expose Defendants to "possible treble damages actions." *Id.*

**B.    The Related Actions**

At least three Related Actions have been filed in two different judicial districts. In particular, two Related Actions have been filed in the Eastern District of Pennsylvania. One Related Action has just been filed in the Northern District of Illinois, prompting Plaintiffs' instant motion before the Panel.

The Related Actions share the same core allegations – a conspiracy to raise, fix, maintain or stabilize prices and to restrict the output of Blood Plasma Proteins in the United States.  The Related Actions are all grounded in substantial part in the evidence the FTC recently uncovered regarding Defendants' sales and marketing practices in the

Blood Plasma Proteins industry.  In addition, the Related Actions all seek certification of a class of direct purchasers of Blood Plasma Proteins and allege identical or substantially similar class periods.

## III.   ARGUMENT

The Related Actions should be transferred to the Eastern District of Pennsylvania for coordination or consolidation of pretrial proceedings under 28 U.S.C. § 1407.  For the reasons set forth below, this District – more than any other jurisdiction in general, and certainly more than any other jurisdiction specifically under consideration – represents "the center of gravity for this litigation." *In re Municipal Derivatives Antitrust Litig.*, 560 F. Supp. 2d 1386, 1387 (J.P.M.L. 2008).

### A.   Centralization of the Related Actions is appropriate.

28 U.S.C. §1407(a) authorizes the Panel to consolidate or coordinate and transfer two or more civil cases that are pending in different judicial districts:  (1) when the cases involve "one or more common questions of fact;" (2) when such consolidation or coordination and transfer "will be for the convenience of the parties and witnesses;" and (3) when such consolidation or coordination and transfer "will promote the just and efficient conduct of such actions."  The purpose of this statute is to conserve judicial resources, avoid duplicative discovery and inconsistent discovery rulings and schedules, and reduce litigation time and costs.  MANUAL ON COMPLEX LITIGATION, THIRD ¶ 31.13 at 251 (1995).

### 1.   The Related Actions involve common questions of fact.

Each Related Action alleges similar facts giving rise to claims based on antitrust violations; namely, that Defendants conspired to fix prices and restrict supply of Blood

4

Plasma Proteins in violation of Section 1 of the Sherman Act.  The actions involve numerous common issues of fact, including:

- whether Defendants conspired to fix the prices and restrict output of Blood Plasma Proteins;

- the identity of the participants in the conspiracy;

- the duration of the conspiracy;

- the nature and character of the acts performed in furtherance of the conspiracy;

- whether the conspiracy violated Section 1 of the Sherman Act;

- whether Defendants fraudulently concealed their unlawful conduct;

- whether Defendants' conduct injured the business or property of Plaintiffs and members of the proposed class; and

- the appropriate measure of damages sustained by Plaintiffs and members of the proposed class.

These common questions of fact are plainly sufficient to warrant centralization, as the Panel has held on many occasions. *See In re Refrigerant Compressors Antitrust Litig.*, --- F.Supp.2d ---, 2009 WL 1649482, at *1 (J.P.M.L. June 9, 2009) (centralization ordered where "[t]hese actions share factual questions relating to allegations that defendants conspired to fix, raise, maintain, and stabilize the price at which refrigerant compressors and products made with compressors were sold"); *In re Chocolate Confectionary Antitrust Litig.*, 542 F. Supp. 2d 1376, 1377 (J.P.M.L. 2008) (centralization ordered where "these actions arise from allegations that defendants conspired to fix, raise, maintain and/or stabilize the price of chocolate confectionary products").

2.    **Centralization will further the convenience of the parties and witnesses.**

Centralization also will further the convenience of the parties and witnesses in these cases because it will result in significant time and cost savings in pretrial proceedings. Plaintiffs' similar allegations will require duplicative discovery (in the form of written discovery requests, document production, and depositions) and pretrial proceedings (including briefing and hearings on dispositive motions and on class certification) unless the actions are consolidated or coordinated for pretrial purposes in one district. Centralization will solve these problems by permitting a single judge to formulate and implement one pretrial program designed to minimize inconvenience and expense for all parties and witnesses. *See Refrigerant Compressors*, 2009 WL 1649482, at *1 ("Centralization will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including with respect to class certification; and conserve the resources of the parties, their counsel, and the judiciary"); *In re Aftermarket Automotive Lighting Prods. Antitrust Litig.*, 598 F. Supp. 2d 1366, 1367 (J.P.M.L. 2009) (same).

3.    **Centralization will serve the interests of judicial economy and consistency.**

Finally, centralization will serve the interests of both judicial economy and consistency. It will result in one judge overseeing the proceedings. Because the actions likely will involve the same pretrial issues, such as those concerning the nature and scope of discovery and the sufficiency of the allegations and defenses, assigning a single judge to oversee these issues will promote economy. Assigning a single judge also will ensure that significant issues raised in this case, such as class certification and application of the antitrust laws, are addressed in a consistent and uniform manner. *See In re Pharmacy*

6

*Benefit Managers Antitrust Litig.*, 452 F. Supp. 2d 1352, 1353 (J.P.M.L. 2006); *In re Polychloroprene Rubber Antitrust Litig.*, 360 F. Supp. 2d 1348, 1350-51 (J.P.M.L. 2005).

Because each criterion listed in Section 1407(a) is met, the Panel should transfer the actions to a single district for coordination or consolidation.

**B.     The Related Actions should be transferred to the Eastern District of Pennsylvania.**

Centralization of the Related Actions in the Eastern District of Pennsylvania for consolidated or coordinated pretrial proceedings will best serve the convenience of the parties and witnesses and the interests of justice. Among the factors the Panel considers in determining the appropriate transferee forum are: (1) where the first related action was filed; (2) where the most related actions are pending; (3) the location of related governmental proceedings; (4) the location of the parties, witnesses, and documents; (5) the accessibility of the proposed transferee forum; (6) the extent of the proposed forum's experience and familiarity with the types of issues presented; and (7) the proposed forum's docket. All of these factors decidedly favor centralization in the Eastern District of Pennsylvania.

**1.     The first two Related Actions were filed in the Eastern District of Pennsylvania.**

The first two Related Actions were filed in the Eastern District of Pennsylvania. Furthermore, more than one month has passed from the date that the first Related Action was filed in that District to the date that a Related Action was filed in another jurisdiction. These facts militate in favor of transfer to the Eastern District of Pennsylvania. *See In re Marine Hose Antitrust Litig. (II)*, 531 F. Supp. 2d 1381, 1382 (J.P.M.L. 2008) (transferring cases to Southern District of Florida because, among other

7

reasons, "that is where the largest number of actions have been brought (including the first-filed action)"); *In re Hotel Telephone Charge Antitrust Litig.*, 341 F. Supp. 771, 773 (J.P.M.L. 1972) (holding the most suitable transferee district was the one were the first suit was filed). *Accord In re Vitamin C Antitrust Litig.*, 416 F. Supp. 2d 1352, 1353 (J.P.M.L. 2006) (Panel "persuaded that the Eastern District of New York is an appropriate transferee forum for this litigation" where, among other things, it had "the only action pending more than a few months").

### 2.    The most Related Actions are pending in the Eastern District of Pennsylvania.

Not only were the first two Related Actions filed in the Eastern District of Pennsylvania, but the majority of Related Actions have been filed there. Of the three Related Actions filed to date, two are pending in the Eastern District of Pennsylvania, and only one is pending in the Northern District of Illinois. This factor also militates in favor of transfer to the Eastern District of Pennsylvania. *See In re Refrigerant Compressors*, 2009 WL 1649482, at *1 (transferring cases to forum where most of the cases were pending, and citing this factor as one of the bases for transfer); *Aftermarket Automotive Lighting Prods.*, 598 F. Supp. 2d at 1368 (transferring cases to district where all but one of the actions were already pending); *Marine Hose*, 531 F. Supp. 2d at 1382 (transferring cases to forum because, among other reasons, most of the cases were pending there).

### 3.    Related governmental proceedings occurred in a nearby location.

The FTC investigation that helped form the basis for the Related Actions occurred in close proximity to the Eastern District of Pennsylvania, in Washington, D.C. The Panel places considerable weight on the location of a related governmental investigation

8

in deciding where to transfer antitrust litigations. *See Municipal Derivatives*, 560 F.

Supp. 2d at 1387 (transferring litigation to district that was home to underlying

governmental investigation); *Marine Hose*, 531 F. Supp. 2d at 1382 (transferring cases to

the district "where a grand jury investigation into the marine hose industry is underway");

*In re Foundry Resins Antitrust Litig.*, 342 F. Supp. 2d 1346, 1347 (J.P.M.L. 2004) ("The

presence of the government investigation and federal grand jury in the Southern District

of Ohio also tilts toward centralization in the Southern District of Ohio."). While the

FTC investigation occurred in Washington, D.C., rather than the Eastern District of

Pennsylvania, Washington, D.C. is much closer to the Eastern District of Pennsylvania

than to the Northern District of Illinois. Thus, the same logic underlying the Panel's

decisions in the cases cited immediately above supports centralization in the Eastern

District of Pennsylvania.

4.    **Many of the parties, witnesses and documents, including one of the two domestic defendants, are located in the Eastern District of Pennsylvania.**

CSL Behring, one of the two domestic defendants named in this litigation, is

headquartered in King of Prussia, Pennsylvania, which is a short car or train ride to

Philadelphia and within the Eastern District of Pennsylvania. Consequently, many of the

relevant witnesses and documents likely will be located in or near this District. *See* Alba

Conte & Herbert Newberg, NEWBERG ON CLASS ACTIONS §9:16, at 345 (4th ed. 2002)

(noting that the location of the defendants' principal offices is a significant factor upon

which the Panel relies in choosing a transferee forum because most of the relevant

witnesses and documents likely will be found there). In situations like this, the Panel

frequently has transferred cases to a defendant's home district. *See In re Parcel Tanker*

9

*Shipping Services Antitrust Litig.*, 296 F. Supp. 2d 1370 (J.P.M.L. 2003) (transferring litigation to district where "one defendant" out of several "is located there and documents and witnesses will likely be found there"); *see also Aftermarket Automotive Lighting*, 598 F. Supp. 2d at 1368 ("In addition, several defendants are headquartered within the Central District of California and accordingly pertinent documents and witnesses are likely located there."); *In re Southeastern Milk Antitrust Litig.*, 530 F. Supp. 2d 1359, 1360 (J.P.M.L. 2008) (transferring cases to district where "two of the defendants have a presence"). This factor therefore supports centralization in the Eastern District of Pennsylvania.

### 5.    The Eastern District of Pennsylvania is an easily accessible forum.

Philadelphia is a convenient air and rail transportation hub, serviced by both Philadelphia International Airport and Amtrak, and this will benefit the management of this case. *See In re Insurance Brokerage Antitrust Litig.*, 360 F. Supp. 2d 1371, 1373 (J.P.M.L. 2005) (choosing as a transfer forum an "accessible metropolitan location geographically convenient for many of the docket's litigants and counsel"). Indeed, the Panel expressly has recognized that this District is accessible and well suited to handle similar antitrust litigation. *See In re Methyl Methacrylate (MMA) Antitrust Litig.*, 435 F. Supp. 2d 1345, 1347 (J.P.M.L. 2006) (concluding that the Eastern District of Pennsylvania was an appropriate district because it "is an accessible location that will be geographically convenient for many of this docket's litigants, witnesses and counsel" and also noting that "the district is well equipped with the resources that this complex antitrust docket is likely to require"). Accordingly, this factor supports centralization in the Eastern District of Pennsylvania.

6.    **The Eastern District of Pennsylvania has the necessary expertise and familiarity with the types of issues presented to efficiently and prudently manage this litigation.**

The Eastern District of Pennsylvania has a well deserved reputation for the just and efficient handling of complex antitrust cases. The Panel regularly considers the experience of the transferee forum in managing complex litigation. *See Pharmacy Benefit Managers*, 452 F. Supp. 2d at 1354 ("We are persuaded that the Eastern District of Pennsylvania . . . has the experience to steer this litigation on a prudent course."); *In re Janus Mutual Funds Investment Litig.*, 310 F. Supp. 2d 1359, 1361 (J.P.M.L. 2002) (selecting a transferee forum with "the experience to steer this litigation on a prudent course").

Here, the Eastern District of Pennsylvania's expertise in managing MDL proceedings and complex litigations like this one is impressive. According to the Panel's statistics on terminated multidistrict litigation through September 30, 2008, the Eastern District of Pennsylvania has overseen 60 multidistrict litigations over the years, 19 of which were classified as antitrust cases. United States Panel on Multidistrict Litigation, Multidistrict Litigation Terminated Through September 30, 2008 (attached as Exhibit B), at 10-12, available at http://www.jpml.uscourts.gov/General_Info/Statistics/Terminated_ Dockets_2008.pdf. In comparison, the Northern District of Illinois has handled 53 multidistrict litigations over the years, 12 of which were classified as antitrust cases. *Id.* at 22-23.

Moreover, the proposed transferee judge, the Honorable Gene E.K. Pratter, is a respected jurist who has served on the federal bench since 2004. Judge Pratter has significant experience in complex commercial litigation, both as a judge and previously

11

as a partner at Duane Morris LLP, a national law firm based in Philadelphia. Judge Pratter presently is presiding over one multidistrict litigation, *In re Processed Eggs Antitrust Litig.* (MDL No. 2002). In the Panel's decision to transfer that litigation to Judge Pratter, it noted that she "is willing to handle the matter and her docket conditions will allow her to devote the necessary attention to the case." *In re Processed Eggs Antitrust Litig.*, 588 F. Supp. 2d 1366, 1368 (J.P.M.L. 2008). The same is true today, as Judge Pratter "has a caseload that is relatively favorable to steer this litigation on a prudent course." *Refrigerant Compressors*, 2009 WL 1649482, at *1.

The Eastern District of Pennsylvania and Judge Pratter clearly have the capability, experience, and resources to efficiently handle the Related Actions. Accordingly, this District is a desirable transferee forum.[4]

### 7. The Eastern District of Pennsylvania has a favorable docket.

Finally, the Eastern District of Pennsylvania is an efficient choice for a transferee forum. The Panel looks to caseload statistics to determine the district that will be the most efficient in managing and progressing the litigation. *See In re Refined Petroleum Prods. Antitrust Litig.*, 528 F. Supp. 2d 1365, 1367 (J.P.M.L. 2007) (transferring cases to a district that "enjoys favorable caseload conditions"); *Parcel Tanker Shipping Services*, 296 F. Supp. 2d at 1371 ("the Connecticut district has a relatively favorable caseload for accepting this assignment"). An examination of these statistics reveals that the Eastern District of Pennsylvania is the most logical choice to oversee this litigation.

---

[4]    Should the Panel decide that Judge Pratter's docket would not lend itself to the efficient management of this litigation, the Eastern District has numerous other judges with the experience and expertise to handle a complex antitrust case like this one, including Judge Berle Schiller, to whom the second-filed Complaint has been assigned.

The Eastern District of Pennsylvania has judicial management statistics superior to those of the Northern District of Illinois, particularly with respect to weighted case filings per judgeship. According to statistics provided by the Federal Judicial Center, the Eastern District of Pennsylvania had only 371 weighted filings per judgeship for the 12-month period ending on September 30, 2008, whereas the Northern District of Illinois had 461. *See* U.S. District Courts, Judicial Caseload Profile, available at http://www.uscourts.gov/cgi-bin/cmsd2008.pl (attached as Exhibit C). This comparison is significant because weighted filing statistics are the most accurate measurements of a district's particular judicial efficiencies. They reflect more than the mere number of cases pending in a district, and instead provide a means for "accounting for the different amounts of time district judges require to resolve various types of civil and criminal actions." Statistical Profiles, Explanation of Terms, Weighted Filings, available at http://www.uscourts.gov/fcmstat/intro97/terms.html.

Additional meaningful caseload statistics also favor the Eastern District of Pennsylvania. In the Eastern District of Pennsylvania, the median time from filing to disposition for civil cases is 4.8 months, compared to 6.2 months in the Northern District of Illinois. *See* U.S. District Courts, Judicial Caseload Profile, available at http://www.uscourts.gov/cgi-bin/cmsd2008.pl. And 10.2% of Northern District of Illinois civil cases have been pending for over 3 years, while only 1.4% of cases in the Eastern District of Pennsylvania have been pending for that long. *Id.*

## IV.    CONCLUSION

The numerous factors that the Panel typically examines in determining where to centralize multidistrict litigations decidedly favor centralization in the Eastern District of

Pennsylvania.  For the foregoing reasons, Plaintiff respectfully requests that the Panel transfer the Related Actions to this District.

Dated:  August 24, 2009

_Richard A. Koffman /by CJC_

Daniel A. Small
Richard A. Koffman
Kit A. Pierson
Benjamin D. Brown
Christopher J. Cormier
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW
Suite 500 West
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
E-mail: dsmall@cohenmilstein.com
        rkoffman@cohenmilstein.com
        kpierson@cohenmilstein.com
        bbrown@cohenmilstein.com
        ccormier@cohenmilstein.com

Seth R. Gassman
COHEN MILSTEIN SELLERS & TOLL PLLC
150 East 52nd Street, Suite 30th Floor
New York, New York 10022
Telephone:  (212) 838-7797
Facsimile:  (212) 838-7745
E-mail: sgassman@cohenmilstein.com

Marc I. Machiz
COHEN MILSTEIN SELLERS & TOLL PLLC
255 South 17th Street, Suite 1307
Philadelphia, PA  19103
Telephone:  (267) 773-4680
Facsimile:  (267) 773-4690
E-mail: mmachiz@cohenmilstein.com

Mike Ponder
COOK, BARKETT, MAGUIRE & PONDER, L.C.
715 N. Clark, P.O. Box 1180
Cape Girardeau, MO  63702-1180
Telephone:  (573) 335-6651
Facsimile:  (573) 335-6182
E-mail: mponder@cbmplaw.com

14

*Attorneys for Plaintiff Pemiscot Memorial Hospital*

# Exhibit A

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE BLOOD PLASMA PROTEINS
ANTITRUST LITIGATION

MDL Docket No. _____ ____

## SCHEDULE OF RELATED ACTIONS

| Action | Case Caption | Court | Civil Action No. | Assigned Judge | Date Filed |
|---|---|---|---|---|---|
| 1. | **Plaintiff:** PEMISCOT MEMORIAL HOSPITAL  **Defendants:** CSL LIMITED; CSL BEHRING LLC; BAXTER INTERNATIONAL, INC. | E.D. Pa. | 3143 | Pratter | July 15, 2009 |
| 2. | **Plaintiff:** SOLARIS HEALTH SYSTEMS INC.  **Defendants:** CSL LIMITED; CSL BEHRING LLC; BAXTER INTERNATIONAL, INC. | E.D. Pa. | 3342 | Schiller | July 24, 2009 |
| 3. | **Plaintiff:** HOSPITAL DAMAS INC.  **Defendants:** | N.D. Ill. | 5130 | Gottschall | Aug. 20, 2009 |

| Action | Case Caption | Court | Civil Action No. | Assigned Judge | Date Filed |
|--------|--------------|-------|------------------|----------------|------------|
|        | CSL LIMITED; CSL BEHRING LLC; BAXTER INTERNATIONAL, INC. |       |                  |                |            |

B

# Exhibit B

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



Multidistrict Litigation
Terminated Through September 30, 2008

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'e Dist | MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated | | Year of Termination |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Dis'd | Rem'd | |
| | | **GRAND TOTALS (975 Litigations)** | | 49,234 | 13,054 | 52,706 | 9,585 | all in 2008 |
| | | **DISTRICT OF COLUMBIA CIRCUIT** | | | | | | |
| 090 | | DISTRICT OF COLUMBIA | *(29 Litigations)* | | | | | |
| | 50 | Ampicillin AT | Richey, C.R. | 16 | 45 | 61 | 0 | 1984 |
| | 54 | Alsco-Harvard Fraud | Oberdorfer, L.F. | 8 | 1 | 9 | 0 | 1983 |
| | 105 | National Student Marketing | Parker, B.D. | 7 | | 11 | 0 | 1983 |
| | 135 | Mutual Fund Sales AT | Corcoran, H.F. | 43 | 4 | 47 | 0 | 1975 |
| | 205 | Griseofulvin AT | Robinson, Jr., A.E. | 2 | 1 | 3 | 0 | 1978 |
| | 213 | Radiation Incident - 4/5/74 CD | Hart, Jr., G.L. | 1 | 6 | 7 | 0 | 1978 |
| | 221 | Saigon, S. Vietnam AD | Oberdorfer, L.F. | 32 | 14 | 42 | 4 | 1986 |
| | 258 | Government Employees Insurance Co. SEC | Hart, Jr., G.L. | 2 | 2 | 4 | 0 | 1978 |
| | 283 | Taipei Airport - 7/31/75 AD | Bryant, W.M. | 4 | 1 | 5 | 0 | 1981 |
| | 328 | Amoxicillin PAT & AT | Richey, C.R. | 5 | 1 | 2 | 4 | 1984 |
| | 330 | Swine Flu Immunization PL | Gesell, G.A. | 1,585 | 20 | 306 | 1,299 | 1988 |
| | 344 | General Aircraft Corp. AT | Green, J.L. | 1 | 1 | 2 | 0 | 1979 |
| | 372 | Federal Election Campaign | Richey, J.L. | 17 | 2 | 19 | 0 | 1979 |
| | 389 | Barrow, AK - 10/13/78 AD | Robinson, Jr., A.E. | 3 | 1 | 4 | 0 | 1980 |
| | 458 | Riyadh Airport, Saudi Arabia - 8/19/80 AD | Flannery, T.A. | 38 | 8 | 46 | 0 | 1982 |
| | 499 | Washington, DC - 1/13/82 AD | Green, J.H. | 33 | 50 | 83 | 0 | 1988 |
| | 565 | Korean Airlines - 9/1/83 AD | Robinson, Jr., A.E. | 160 | 54 | 129 | 85 | 1999 |
| | 613 | GM 1980 X-Body Car PL | Jackson, T.P. | 1 | 1 | 2 | 0 | 1995 |
| | 688 | Williams PAT | Green, J.H. | 1 | 2 | 3 | 0 | 1987 |
| | 886 | United Mine Workers | Hogan, T.F. | 12 | 9 | 21 | 0 | 2001 |
| | 910 | Freedom Magazine IRS/FOIA | Sporkin, S. | 8 | 0 | 8 | 0 | 1993 |
| | 1004 | Fialuridine ("FIAU") PL | Lamberth, R.C. | 6 | 4 | 10 | 0 | 2001 |
| | 1163 | Consumer Credit Counseling Services AT | Urbina, R.M. | 2 | 1 | 3 | 0 | 1999 |
| | 1271 | U.S. Office Products Co. SEC | Urbina, R.M. | 12 | 5 | 17 | 0 | 2004 |
| | 1279 | Tobacco/Governmental Health Care Costs | Friedman, P.L. | 33 | 3 | 36 | 0 | 2005 |
| | 1290 | Lorazepam and Clorazepate AT | Hogan, T.F. | 7 | 7 | 14 | 0 | 2007 |
| | 1686 | Iraq and Afghanistan Detainees | Hogan, T.F. | 4 | 0 | 4 | 0 | 2007 |
| | 1772 | Series 7 Broker Qualifications Exam Scoring | Bates, J.D. | 13 | 8 | 21 | 4 | 2008 |
| | 1798 | Long-Distance Telephone Service Federal Excise Tax | Urbina, R.M. | 2 | 1 | 1 | 0 | 2008 |
| TOTAL | | | | 2,059 | 256 | 923 | 1,392 | |
| | | **FIRST CIRCUIT** | | | | | | |
| 100 | | MAINE | *(2 Litigations)* | | | | | |
| | 904 | Asta Medica, S.A./Pfizer, Inc. | Hornby, D.B. | 4 | 1 | 5 | 0 | 1993 |
| | 1361 | Compact Disc Minimum Advertised Price AT | Hornby, D.B. | 55 | 1 | 56 | 0 | 2007 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'e Dist MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated Dis'd | Actions Terminated Rec'd | Year of Termination |
|---|---|---|---|---|---|---|---|
| | | **FIRST CIRCUIT** *(continued)* | | | | | |
| 101 | **MASSACHUSETTS** *(36 Litigations)* | | | | | | |
| 32 | Revenue Properties Company, Ltd., SEC | Caffrey, A.A. | 19 | 13 | 32 | 0 | 1972 |
| 69 | CBS Color Tube PAT | Caffrey, A.A. | 1 | 4 | 4 | 1 | 1974 |
| 78 | Kauffman Mutual Fund AT | Pettine, R.J. (RI) | 9 | 1 | 10 | 0 | 1972 |
| 122 | Evergreen Valley Project SEC | Bownes, H.H. (NH) | 1 | 3 | 3 | 1 | 1977 |
| 138 | Viatron Computer Systems Corp. SEC | Tauro, J.L. | 2 | 3 | 5 | 0 | 1982 |
| 160 | Boston, MA - 7/31/73 AD | Nelson, D.S. | 46 | 17 | 49 | 14 | 1982 |
| 197 | Susquehanna Corporation SEC | Frankel, M.E. (NYS) | 3 | 1 | 1 | 3 | 1983 |
| 443 | Standard Screws AT | Caffrey, A.A. | 15 | 7 | 22 | 0 | 1982 |
| 584 | Atlantic Financial Management SEC | Skinner, W.J. | 4 | 26 | 29 | 1 | 1993 |
| 672 | TWA Hikacking - 6/14/85 | Mazzone, A.D. | 10 | 3 | 13 | 0 | 1993 |
| 674 | Recycling Equipment Investment Plans | Harrington, E.F. | 5 | 4 | 9 | 0 | 1992 |
| 675 | Eliscint, Ltd., SEC | Keeton, R.E. | 3 | 3 | 6 | 0 | 1989 |
| 696 | Hubless Coupling AT | Zobel, R.W. | 1 | 1 | 2 | 0 | 1990 |
| 705 | Plastic Bag PAT & AT | Mazzone, A.D. | 1 | 1 | 2 | 0 | 1988 |
| 713 | First Commodity of Boston SEC | Wolf, M.L. | 23 | 22 | 45 | 0 | 1993 |
| 730 | Gillette Co./Perelman SEC | Tauro, J.L. | 6 | 5 | 11 | 0 | 1988 |
| 754 | American Saw & Manufacturing TDMK | Nelson, D.S. | 3 | 1 | 4 | 0 | 1989 |
| 852 | Lomas Financial Corp. SEC | Caffrey, A.A. | 7 | 3 | 10 | 0 | 1993 |
| 964 | Computervision SEC | Young, W.G. | 3 | 14 | 17 | 0 | 1997 |
| 1007 | RTC/Tully Plesser Fraudulent Transfer | Zobel, R.W. | 3 | 1 | 4 | 0 | 1995 |
| 1105 | New England Mutual Life Insurance Co. | Keeton, R.E. | 22 | 9 | 30 | 1 | 2004 |
| 1111 | Indigo N.V. SEC | Young, W.G. | 7 | 2 | 9 | 0 | 1997 |
| 1157 | Fidelity Magellan Fund/Micron Technologies, Inc., SEC | Stearns, R.G. | 2 | 14 | 16 | | 2000 |
| 1185 | Sears, Roebuck and Co. Bankruptcy | Saris, P.B. | 2 | 5 | 6 | 1 | 1999 |
| 1195 | Summit Technology, Inc., SEC | Tauro, J.L. | 1 | 17 | 18 | 0 | 2001 |
| 1238 | Nabumetone PAT | Lindsay, R.C. | 1 | 3 | 4 | 0 | 2001 |
| 1376 | Zonolite Attic Insulation PL | Saris, P.B. | 3 | 4 | 7 | 0 | 2006 |
| 1380 | Xcelera.com Inc. SEC | Zobel, R.W. | 14 | 6 | 21 | 2 | 2008 |
| 1400 | Pharmatrak, Inc. Privacy | Tauro, J.L. | 6 | 1 | 7 | 0 | 2004 |
| 1430 | Lupron Marketing and Sales Practices | Stearns, R.G. | 10 | 7 | 17 | 0 | 2007 |
| 1522 | Edgartown, MA - 10/6/00 | Tauro, J.L. | 1 | 6 | 7 | 0 | 2005 |
| 1543 | Carbon Black AT | Woodlock, D.? | 7 | 3 | 16 | 0 | 2008 |
| 1592 | Columbia University PAT | Wolf, M.L. | 5 | 5 | 10 | 0 | 2005 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'e Dist MDL No. | MDL Caption | Transferee Judge | Total Trd | Total Filed in Tr'e Court | Actions Terminated Died | Actions Terminated Rem'd | Year of Termination |
|---|---|---|---|---|---|---|---|
| | **FIRST CIRCUIT** (continued) | | | | | | |
| 1713 | Bank of America ATM Fee | Saris, P.B. | 2 | 1 | 3 | 0 | 2007 |
| 1753 | Standard Automotive Corp. Retiree Benefits "ERISA" | Gertner, N. | 1 | 1 | 2 | 0 | 2008 |
| 1870 | Greenwood Credit Union Prosecuting | Tauro, J.L. | 2 | 1 | 2 | 2 | 2008 |
| 102 | **NEW HAMPSHIRE** (4 Litigations) | | | | | | |
| 43 | Hanover, NH - 10/25/68 AD | Bownes, H.H. | 24 | 14 | 38 | 0 | 1973 |
| 132 | Burlington, VT - 12/6/70 AD | Coffin, A.W. | 3 | 1 | 4 | 0 | 1975 |
| 876 | Craig/Sterling Asset | Devine, S. | 1 | 1 | 2 | 0 | 1994 |
| 1140 | Presstek, Inc., SEC | Keeton, R.E. | 1 | 7 | 8 | 0 | 2000 |
| 104 | **PUERTO RICO** (71 Litigations) | | | | | | |
| 47 | San Juan, PR - 3/5/69 AD | Weinfeld, E. | 19 | 24 | 43 | 0 | 1977 |
| 721 | Dupont Plaza, Puerto Rico Fire - 12/31/86 | Acosta, R.L. | 11 | 275 | 286 | 0 | 2005 |
| 828 | "SEA BARGE 101" | Fuste, J.A. | 5 | 2 | 7 | 0 | 1992 |
| 925 | American Airlines Flight 1473 - 8/28/91 AD | Acosta, R.L. | 7 | 11 | 12 | 6 | 1995 |
| 1077 | American Airlines Flight 1555 - 10/31/93 AD | Fuste, J.A. | 3 | 1 | 3 | 1 | 1997 |
| 1156 | Pepsi-Cola Puerto Rico Bottling Co. SEC | Dominguez, D.R. | 7 | 2 | 9 | 0 | 1999 |
| 1284 | American Airlines Flight 574 In Flight Engine Fire - 7/9/98 | Acosta, R.L. | 3 | 9 | 12 | 0 | 2001 |
| **TOTAL** | | | 394 | 573 | 936 | 31 | |
| 205 | **SECOND CIRCUIT** **CONNECTICUT** (18 Litigations) | | | | | | |
| 45 | Master Key AT | Blumenfeld, M.J. | 13 | 3 | 16 | 0 | 1977 |
| 96 | Tweed New-Haven Airport - 6/7/71 AD | Blumenfeld, M.J. | 4 | 16 | 17 | 3 | 1976 |
| 150 | Petroleum Products AT | Clarie, T.E. | 2 | 1 | 3 | 0 | 1976 |
| 297 | Helicopter Crash in Germany - 9/26/75 AD | Burns, E.B. | 10 | 5 | 15 | 0 | 1981 |
| 447 | Cuisinart Food Processor AT | Cabranes, J.A. | 10 | 4 | 14 | 0 | 1984 |
| 524 | St. Croix, U.S. VI - 7/15/80 AD | Zampano, R.C. | 1 | 2 | 3 | 0 | 1987 |
| 621 | U.S. Surgical Corp. SEC | Dorsey, P.C. | 1 | 1 | 2 | 0 | 1986 |
| 654 | General Electric SEC | Eginton, W.W. | 4 | 1 | 5 | 0 | 1986 |
| 708 | Sobstad Sail PAT | Daly, T.F.A. | 6 | 1 | 7 | 0 | 1988 |
| 712 | Boardwalk Marketplace SEC | Eginton, W.W. | 180 | 152 | 332 | 0 | 1995 |
| 844 | Perrier Bottled Water PL | Daly, T.F. | 15 | 1 | 16 | 0 | 1993 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'd Dist | MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'd Court | Dis'd | Rem'd | Year of Termination |
|---|---|---|---|---|---|---|---|---|
| | | **SECOND CIRCUIT** *(continued)* | | | | | | |
| | 946 | Colonial Realty Limited Partnerships | Covello, A.V. | 87 | 36 | 123 | 0 | 2001 |
| | 1062 | Stratford, CT - 4/27/94 AD | Nevas, A.H. | 5 | 6 | 11 | 0 | 1998 |
| | 1180 | Dubrovnik, Croatia - 4/3/96 AD | Covello, A.V. | 24 | 19 | 43 | 0 | 2002 |
| | 1210 | SmithKline Beecham Labs Billings Practices | Covello, A.V. | 6 | 5 | 11 | 0 | 2001 |
| | 1241 | Fine Host Corp. SEC | Hall, J.C. | 1 | 13 | 14 | 0 | 2001 |
| | 1505 | Cardiac Devices Qui Tam | Dorsey, P.C. | 34 | 1 | 35 | 0 | 2007 |
| | 1572 | Castellon, Spain - 10/10/01 AD | Eginton, W.W. | 5 | 5 | 9 | 1 | 2006 |
| 206 | | **NEW YORK, NORTHERN** *(2 Litigations)* | | | | | | |
| | 71 | Welch & Morgan | Port, E. | 2 | 1 | 3 | 0 | 1975 |
| | 1028 | State of NY Claims on Abandoned Deposits | Munson, H.G. | 2 | 2 | 4 | 0 | 1999 |
| 207 | | **NEW YORK, EASTERN** *(33 Litigations)* | | | | | | |
| | 147 | Staines, England - 6/18/72 AD | Weinstein, J.B. | 5 | 10 | 15 | 0 | 1977 |
| | 196 | Franklin National Bank SEC | Weinstein, J.B. | 4 | 13 | 16 | 1 | 1980 |
| | 227 | John F. Kennedy Airport - 6/24/75 AD | Bramwel, H. | 84 | 66 | 149 | 1 | 1983 |
| | 295 | Westinghouse Electric Corp. | Weinstein, J.B. | 5 | 3 | 8 | 0 | 1982 |
| | 331 | Wiring Device AT | Weinstein, J.B. | 27 | 11 | 38 | 0 | 1980 |
| | 367 | Cutter Laboratories, Inc. | Weinstein, J.B. | 24 | 4 | 28 | 0 | 1980 |
| | | "Braumwald-Cutter" Aortic Heart Valve PL | | | | | | |
| | 441 | Warsaw, Poland - 3/14/80 AD | Sifton, C.P. | 14 | 17 | 31 | 0 | 1986 |
| | 530 | Malaga, Spain - 9/13/82 AD | Nickerson, E.H. | 37 | 93 | 130 | 0 | 1988 |
| | 582 | Markeel Leasing Corp. | Weinstein, J.B. | 1 | 1 | 2 | 0 | 1990 |
| | 637 | Energy Systems Equip SEC | Wexler, L.D. | 8 | 5 | 12 | 0 | 1991 |
| | 727 | Athens, Greece - 4/2/86 AD | Weinstein, J.B. | 8 | 2 | 9 | 1 | 1991 |
| | 731 | Tax Refund | Platt, Jr., T.C. | 4 | 1 | 5 | 0 | 1992 |
| | 778 | Ambassador Group, Inc. | Dearie, R.J. | 2 | 2 | 4 | 0 | 1994 |
| | 787 | Warsaw, Poland - 5/9/87 AD | Nickerson, E.H. | 3 | 22 | 25 | 0 | 1998 |
| | 792 | Lietz Autofocus SLR PAT | Mishler, J. | 1 | 4 | 5 | 0 | 1989 |
| | 843 | Cove Neck, NY - 1/25/90 AD | Platt, Jr., T.C. | 59 | 142 | 201 | 0 | 2000 |
| | 846 | Dime Savings of New York SEC (No. II) | Mishler, J. | 4 | 3 | 7 | 0 | 1994 |
| | 963 | Pan Am/Delta Pilot Employment EP | Weinstein, J.B. | 1 | 1 | 2 | 0 | 1997 |
| | 1059 | MTC Technologies Co. Ltd. SEC | Gleeson, J.H. | 1 | 13 | 14 | 0 | 2006 |
| | 1090 | Arakis Energy Corp. SEC | Ross, A.R. | 8 | 18 | 26 | 0 | 2003 |
| | 1116 | Playmobil, USA, Inc., AT | Seybert, J. | 2 | 1 | 3 | 0 | 2001 |

*Multidistrict Litigation Terminated Through September 30, 2008*

Page 5

| Tr'e Dist MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated | | Year of Termination |
|---|---|---|---|---|---|---|---|
| | | | | | Dsk'd | Rem'd | |
| | **SECOND CIRCUIT** (continued) | | | | | | |
| 1119 | Tower Air Flight 41 Incident - 12/20/03 | Gleeson, J.H. | 15 | 44 | 59 | 0 | 2003 |
| 1124 | Acclaim Entertainment, Inc, SEC | Platt, Jr., T.C. | 1 | 17 | 18 | 0 | 1998 |
| 1208 | Sterling Foster & Co., Inc., SEC | Spatt, A.D | 8 | 5 | 12 | 1 | 2007 |
| 1211 | Toys "R" Us, Inc, AT | Gershon, N. | 31 | 7 | 38 | 0 | 2000 |
| 1234 | Cityscape Financial Corp. SEC | Johnson, Jr., S. | 1 | 11 | 12 | 0 | 2001 |
| 1344 | Nantucket Island, MA - 10/31/99 AD | Block, F. | 67 | 31 | 91 | 7 | 2005 |
| 1362 | CINAR Corp. SEC | Deane, R.J. | 2 | 7 | 9 | 0 | 2003 |
| 1383 | Ciprofloxacin Hydrochloride AT | Trager, D.G. | 30 | 5 | 35 | 0 | 2005 |
| 1408 | Tamoxifen Citrate AT | Glasser, I.L. | 18 | 12 | 30 | 0 | 2003 |
| 1587 | JetBlue Airways Corp. Privacy | Amon, C.B. | 2 | 12 | 14 | 0 | 2005 |
| 1689 | Air Crash Near Woodbury, CT - 12/20/02 | Sifton, C.P. | 7 | 1 | 8 | 0 | 2007 |
| 1844 | Air Crash Near Peixoto de Azevedo, Brazil - 9/29/06 | Cogan, B.M. | 65 | 5 | 70 | 0 | 2008 |
| 208 | **NEW YORK, SOUTHERN** | *(101 Litigations)* | | | | | |
| 9 | Protection Devices AT | Metzner, C.M. | 16 | 68 | 84 | 0 | 1977 |
| 10 | Antibiotic Drug (Settling Cases) AT | Wyatt, I.B. | 116 | 41 | 94 | 0 | 1977 |
| 10 | Antibiotic Drug AT | Lord, M.W. (MN) | 0 | 0 | 0 | 0 | 1977 |
| | *(Non-settling actions reassigned and dismissed)* | | | | | | |
| 37 | Seeburg-Commonwealth United Merger | McFadden, F.H. (ALN) | 14 | 13 | 27 | 0 | 1980 |
| 56A | Penn Central Commercial Paper | Edelstein, D.N. | 11 | 35 | 17 | 8 | 1975 |
| | *(Reassigned to NYS tr'er judges)* | | | | | | |
| 61 | Carrom TDMK | Tyler, Jr., H.R. | 3 | 1 | 4 | 0 | 1974 |
| 67 | Brown Co. SEC | Rubin, A.B. (LAE) | 2 | 3 | 5 | 0 | 1973 |
| 75 | Value Line Special Situations SEC | Tenney, C.H. | 1 | 3 | 4 | 0 | 1979 |
| 87 | Madison Fund SEC | Tyler, Jr., H.R. | 3 | 10 | 13 | 0 | 1974 |
| 100 | Texas Gulf Sulphur SEC | Bonsal, D.B. | 1 | 70 | 71 | 0 | 1975 |
| 110 | Caesars Palace SEC | Weiner, C.R. (PAE) | 2 | 9 | 11 | 0 | 1975 |
| 113 | Atlantic Dept. Stores SEC | Weiner, C.R. (PAE) | 5 | 4 | 9 | 0 | 1974 |
| 126 | Stirling Homex Corp. SEC | Bonsal, D.B. | 29 | 1 | 30 | 1 | 1982 |
| 127 | General Adjustment Bureau AT | Werker, H.F. | 3 | 1 | 2 | 2 | 1978 |
| 133 | Stirling Homex Banking SEC | Bonsal, D.B. | 3 | 1 | 4 | 0 | 1975 |
| 157 | Scientific Control Corp. SEC | Brieant, Jr., C.L. | 2 | 2 | 4 | 0 | 1975 |
| 170 | Molinaro/Catanzaro PAT | Metzner, C.M. | 12 | 2 | 5 | 9 | 1975 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'e Dist MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated Dis'd | Rem'd | Year of Termination |
|---|---|---|---|---|---|---|---|
| | | **SECOND CIRCUIT** (continued) | | | | | |
| 174 | Republic National-Realty Equities SEC | Pollack, M. | 5 | 14 | 18 | 1 | 1978 |
| 192 | Amerada Hess Corp. AT | Cannella, J.M. | 2 | 2 | 4 | 0 | 1981 |
| 229 | Ionian Sea - 9/8/74 AD | Duffy, K. | 8 | 24 | 32 | 1 | 1981 |
| 246 | Haven Industries SEC | Gagliardi, L.P. | 1 | 1 | 1 | 0 | 1980 |
| 251 | Generics Corp. SEC | Pierce, L.W. | 3 | 3 | 6 | 0 | 1979 |
| 264 | Colocotronis Tanker SEC | Tenney, C.H. | 4 | 3 | 7 | 0 | 1978 |
| 290 | Investors Funding Corp. of NY SEC | Conner, W.C. | 5 | 8 | 13 | 0 | 1986 |
| 306 | Tenerife, Canary Islands - 3/27/77 AD | Ward, R.J. | 159 | 15 | 141 | 33 | 1979 |
| 314 | New York City Municipal SEC | Owen, R. | 3 | 10 | 13 | 0 | 1985 |
| 321 | Sunshine Mining SEC | Knapp, W. | 1 | 3 | 4 | 0 | 1981 |
| 334 | Amtel, Inc., SEC | Goettel, G.L. | 3 | 4 | 7 | 0 | 1981 |
| 358 | Amman, Jordan - 9/23/77 AD | Broderick, V.L. | 4 | 2 | 6 | 0 | 1982 |
| 395 | Ocean Shipping AT | Stewart, Jr., C.E. | 20 | 18 | 38 | 0 | 1983 |
| 406 | Resource Exploration, Inc., SEC | Brieant, Jr., C.L. | 7 | 3 | 10 | 0 | 1986 |
| 433 | St. Croix, VI - 7/24/79 AD | Weinfeld, E. | 6 | 1 | 7 | 0 | 1982 |
| 451 | Shopping Carts AT | Brieant, Jr., C.L. | 25 | 21 | 46 | 0 | 1987 |
| 487 | The Stoller Corp. Building Fire - 12/4/80 CD | Sofaer, A. | 2 | 22 | 23 | 1 | 1984 |
| 494 | AM International, Inc., SEC | Sprizzo, J.E. | 6 | 10 | 16 | 0 | 1987 |
| 549 | Amarex SEC | Leval, P.N. | 4 | 5 | 9 | 0 | 1988 |
| 556 | Providence, RI - 2/21/82 AD | Sand, L.B. | 1 | 1 | 2 | 0 | 1984 |
| 579 | AMERICAN LANCER Damaged Cargo | Leval, P.N. | 1 | 24 | 25 | 0 | 1990 |
| 581 | Baldwin-United Corp. | Brieant, Jr., C.L. | 88 | 41 | 129 | 0 | 1991 |
| 602 | British Airways Food Incidents - 3/84 | Knapp, W. | 11 | 7 | 18 | 0 | 1987 |
| 620 | Corporate Communications Consultants PAT | Sprizzo, J.E. | 21 | 2 | 10 | 11 | 1991 |
| | | [Reassigned to NNS (ret. judge)] | 0 | 0 | 2 | | |
| 626 | Union Carbide, Bhopal, India - 12/84 CD | Keenan, J.F. | 83 | 19 | 102 | 0 | 1992 |
| 649 | E.F. Hutton Banking SEC | Knapp, W. | 10 | 6 | 16 | 0 | 1991 |
| 665 | Gas Reclamation SEC | Sand, L.B. | 16 | 18 | 33 | 1 | 1993 |
| 669 | Provincetown-Boston, Inc., Airline SEC | Stewart, C.E. | 1 | 1 | 2 | 0 | 1989 |
| 692 | Union Carbide Consumer Products Business SEC | Brieant, Jr., C.L. | 1 | 3 | 4 | 0 | 1990 |
| 724 | Hijacking in Pakistan - 9/5/86 | Sprizzo, J.E. | 70 | 28 | 98 | 0 | 1997 |
| 732 | Ivan F. Boesky SEC | Pollack, M. | 19 | 22 | 41 | 0 | 1997 |
| 735 | Wedtech Corp. SEC | Sand, L.B. | 4 | 21 | 25 | 0 | 1995 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'e Dist. MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in the Court | Actions Terminated | | Year of Termination |
|---|---|---|---|---|---|---|---|
| | | | | | Dis'd | Rec'd | |
| | | **SECOND CIRCUIT** (continued) | | | | | |
| 750 | Transpac SEC | Griesa, T.P. | 2 | 3 | 5 | 0 | 1994 |
| 759 | Z.L. Commercial Services/Global Cable CONT | Sprizzo, J.F. | 1 | 1 | 2 | 0 | 1991 |
| 760 | "Apollo" AT & CONT | Pollack, M. | 61 | 2 | 63 | 0 | 1991 |
| 774 | Nifedipine Capsule PAT | Keenan, J.F. | 3 | 2 | 5 | 0 | 1990 |
| 777 | Stuart R. Myers PAT | Owen, R. | 4 | 2 | 6 | 0 | 1991 |
| 806 | Dun & Bradstreet | Edelstein, D.N. | 2 | 2 | 4 | 0 | 1993 |
| 811 | Ross Capital Corp. SEC | Keenan, J.F. | 1 | 4 | 5 | 0 | 1992 |
| 818 | RJR Nabisco, Inc., SEC | Mukasey, M.B. | 3 | 8 | 11 | 0 | 1994 |
| 856 | Lou Levy & Sons Fashions, Inc. | Griesa, T.P. | 4 | 1 | 5 | 0 | 1993 |
| 869 | First American Center SEC | Brieant, C.L. | 2 | 0 | 2 | 0 | 1994 |
| 872 | Del-Val Financial Corp. SEC | Conner, W.C. | 7 | 5 | 12 | 0 | 1996 |
| 873 | McDonnell Douglas Equipment Leasing SEC | Cannella, J.M. | 1 | 2 | 3 | 0 | 1994 |
| 890 | General Development Corp. SEC | McKenna, L.M. | 1 | 2 | 3 | 0 | 1993 |
| 897 | Integrated Resources Real Estate SEC | Sweet, R.W. | 10 | 40 | 50 | 0 | 1996 |
| 902 | Consolidated Welfare Fund "ERISA" | Pollack, M. | 31 | 6 | 12 | 25 | 1998 |
| 913 | American Business Computers SEC | Brieant, C.L. | 1 | 3 | 4 | 0 | 1995 |
| 924 | Michael Milken SEC | Pollack, M. | 80 | 38 | 116 | 2 | 1998 |
| 933 | Salomon Brothers Treasury SEC | Patterson, Jr., R.P. | 4 | 40 | 44 | 0 | 1998 |
| 948 | Industrial Diamond AT | Conner, W.C. | 2 | 2 | 4 | 0 | 2002 |
| 989 | Northwest Airlines Incident, Tokyo, Japan - 9/19/91 AD | Patterson, Jr., R.P. | 3 | 1 | 4 | 0 | 1995 |
| 994 | Towers Financial Noteholders SEC | Knapp, W. | 5 | 15 | 20 | 0 | 2000 |
| 1005 | Prudential Securities, Inc., L.P. Program SEC | Pollack, M. | 20 | 5 | 25 | 0 | 1999 |
| 1023 | NASDAQ Market-Maker AT & SEC | Sweet, R.W. | 25 | 6 | 31 | 0 | 2004 |
| 1064 | D. Blech & Co. SEC | Sweet, R.W. | 2 | 8 | 10 | 0 | 2004 |
| 1085 | Sunrise Group Ltd. Mortgage Note Security Agreement | McKenna, L.M. | 66 | 1 | 67 | 0 | 2000 |
| 1115 | MG Refining & Marketing CONT | Casey, R.C. | 2 | 17 | 19 | 0 | 1999 |
| 1154 | New Balance Athletic Shoe, Inc., AT | Sweet, R.W. | 1 | 1 | 2 | 0 | 1997 |
| 1160 | Ford Motor Credit Co. CONT | Martin, Jr., J.S. | 4 | 1 | 5 | 0 | 1999 |
| 1161 | Long Island, NY - 7/17/96 AD | Sweet, R.W. | 99 | 110 | 209 | 0 | 2003 |
| 1222 | Oxford Health Plans, Inc, SEC | Brieant, C.L. | 44 | 12 | 56 | 0 | 2003 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'e Dist MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated | | Year of Termination |
|---|---|---|---|---|---|---|---|
| | | | | | Dis'd | Rem'd | |
| | **SECOND CIRCUIT** (continued) | | | | | | |
| 1230 | Philip Services Corp. SEC | Heffernstein, A.K. | 10 | 14 | 24 | 0 | 2007 |
| 1258 | Mezzonen, S.A., SEC | McKenna, L.M. | 1 | 1 | 2 | 0 | 2004 |
| 1283 | Stock Exchanges Options Trading AT | Casey, R.C. | 17 | 13 | 30 | 0 | 2001 |
| 1330 | Utilities Uranium Decontamination and Decommissioning Fund | Cote, D. | 3 | 1 | 1 | 3 | 2002 |
| 1339 | United Parcel Service, Inc., Excess Value Insurance Coverage | Berman, R.M. | 25 | 1 | 26 | 0 | 2004 |
| 1352 | DoubleClick Inc. Privacy | Buchwald, N.R. | 2 | 10 | 12 | 0 | 2001 |
| 1368 | High Pressure Laminate AT | Brieant, C.L. | 7 | 30 | 37 | 0 | 2007 |
| 1374 | Assicurazioni Generali S.p.A. Holocaust Era Insurance | Mukasey, M.B. | 33 | 3 | 36 | 0 | 2005 |
| 1386 | European Rail Pass AT | Conner, W.C. | 6 | 16 | 22 | 0 | 2003 |
| 1410 | Buspirone PAT | Koeltl, J.G. | 3 | 1 | 4 | 0 | 2003 |
| 1413 | Buspirone AT | Koeltl, J.G. | 29 | 5 | 34 | 0 | 2005 |
| 1428 | Ski Train Fire in Kaprun, Austria - 1/11/00 | Schendlin, S.A. | 13 | 15 | 28 | 0 | 2008 |
| 1484 | Merrill Lynch & Co., Inc., Research Reports SEC | Keenan, J.F. | 41 | 135 | 176 | 0 | 2008 |
| 1495 | Enterprise Mortgage Acceptance Co. SEC | Kram, S.W. | 4 | 9 | 13 | 0 | 2007 |
| 1513 | Wireless Telephone Services AT | Cote, D. | 7 | 1 | 8 | 0 | 2007 |
| 1630 | Global Crossing Limited SEC | Lynch, G.E. | 5 | 4 | 9 | 0 | 2007 |
| 1695 | Veeco Instruments Inc. SEC | McMahon, C. | 11 | 2 | 13 | 0 | 2008 |
| 1696 | Sierra Wireless, Inc., SEC | Stein, S.H. | 2 | 7 | 9 | 0 | 2007 |
| 1706 | Doral Financial Corp. SEC | Rakoff, J.S. | 3 | 22 | 25 | 0 | 2008 |
| 1714 | Rhodia S.A. SEC | Batts, D.A. | 3 | 1 | 4 | 0 | 2008 |
| 1740 | Canon U.S.A., Inc. Digital Cameras PL | Rakoff, J.S. | 2 | 2 | 4 | 0 | 2007 |
| 1750 | Sony BMG Audio Compact Disc | Buchwald, N.R. | 3 | 9 | 12 | 0 | 2006 |
| 1771 | "A Million Little Pieces" | Holwell, R.J. | 8 | 3 | 11 | 0 | 2008 |
| **TOTAL** | | | 2,507 | 2,146 | 4,539 | 114 | |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tre Dist | MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tre Court | Actions Terminated | | Year of Termination |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Dis'd | Rem'd | |
| | | **THIRD CIRCUIT** | | | | | | |
| 311 | | DELAWARE | *(11 Litigations)* | | | | | |
| | 46 | Frost PAT | Wright, C. | 2 | 6 | 8 | 0 | 1976 |
| | 301 | Salisbury, MD - 5/16/74 AD | Layton, III, C.R. | 1 | 2 | 3 | 0 | 1978 |
| | 401 | Cole PAT | Stapleton, W.K. | 1 | 2 | 3 | 0 | 1983 |
| | 507 | Arab Boycott | Latchum, J.L. | 3 | 1 | 4 | 0 | 1984 |
| | 573 | Phillips Petroleum PAT | Longobardi, J.J. | 1 | 5 | 6 | 0 | 1989 |
| | 623 | Convertible Rowing Exerciser PAT | Longobardi, J.J. | 10 | 3 | 13 | 0 | 1994 |
| | 720 | General Motors Class E SEC | Robinson, S.L. | 9 | 2 | 11 | 0 | 1993 |
| | 722 | CPC International SEC | Farnan, Jr., J.J. | 2 | 4 | 6 | 0 | 1989 |
| | 1228 | Manchak PAT | Robinson, S.L. | 12 | 2 | 14 | 0 | 2003 |
| | 1232 | Warfarin Sodium AT | Robinson, S.L. | 5 | 4 | 8 | 1 | 2002 |
| | 1304 | Reliance Acceptance Group, Inc., SEC | Farnan, Jr., J.J. | 10 | 13 | 23 | 0 | 2003 |
| 312 | | NEW JERSEY | *(32 Litigations)* | | | | | |
| | 16 | Fourth Class Postage Regulations | Augelli, A.T. | 10 | 11 | 21 | 0 | 1972 |
| | 247 | Fireman's Fund Insurance Co. | Debevoise, D.R. | 1 | 1 | 2 | 0 | 1985 |
| | 300 | Ciba-Geigy Corp. PAT | Meanor, H.C. | 4 | 2 | 6 | 0 | 1977 |
| | 393 | General Public Utilities SEC | Sarokin, H.L. | 1 | 3 | 4 | 0 | 1983 |
| | 414 | Corn Derivatives AT | Debevoise, D.R. | 33 | 3 | 36 | 0 | 1986 |
| | 461 | Amtrak-Linden, NJ - 7/9/80 CD | Fisher, C.S. | 5 | 6 | 7 | 4 | 1985 |
| | 496 | Caesars World Shareholders SEC | Brotman, S.S. | 12 | 2 | 14 | 0 | 1982 |
| | 618 | Newark, NJ Texaco Explosion - 1/7/83 CD | Debevoise, D.R. | 2 | 3 | 5 | 0 | 1987 |
| | 729 | Zenith Labs, Inc. SEC | Debevoise, D.R. | 1 | 9 | 10 | 0 | 1990 |
| | 747 | Gibson Allegal Kickback | Brown, Jr., G.E. | 1 | 1 | 2 | 0 | 1988 |
| | 858 | Passover Matzo AT | Ackerman, H.A. | 1 | 3 | 4 | 0 | 1992 |
| | 864 | Donald J. Trump Casino SEC | Gerry, J.F. | 6 | 3 | 9 | 0 | 1992 |
| | 914 | Volcano Energy Systems, Inc., CONT & PAT | Sarokin, H.L. | 3 | 1 | 1 | 3 | 1992 |
| | 920 | Pantopaque PL | Lifland, J.C. | 32 | 3 | 35 | 0 | 2001 |
| | 962 | Hibbard Brown & Co. SEC | Thompson, A.E. | 32 | 6 | 38 | 0 | 1998 |
| | 975 | Campbell Soup Co. Retiree Medical Benefits "ERISA" | Brotman, S.S. | 4 | 1 | 5 | 0 | 1997 |
| | 992 | Republic Waste Industries, Inc., SEC | Brotman, S.S. | 1 | 1 | 2 | 0 | 1995 |
| | 1061 | Prudential Insurance Co. Sales Practices | Wolin, A.M. | 331 | 10 | 330 | 11 | 2004 |
| | 1102 | Sun Life Assurance Co. of Canada | Politan, N.H. | 5 | 4 | 9 | 0 | 1999 |
| | 1112 | Ford Motor Co. Ignition Switch PL | Simandle, J.B. | 14 | 3 | 13 | 4 | 2003 |
| | 1123 | Amoco Corp. Gasoline Advertising | Orlofsky, S.M. | 3 | 2 | 5 | 0 | 1997 |
| | 1177 | Research Corp. Technologies PAT | Brown, Jr., G.E. | 4 | 1 | 5 | 0 | 2000 |
| | 1188 | Mid-American Waste Systems, Inc., SEC | Bassler, W.G. | 3 | 1 | 1 | 3 | 1999 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'e Dist | MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated | | Year of Termination |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Dis'd | Rem'd | |
| | | | **THIRD CIRCUIT** (continued) | | | | | |
| | 1213 | Northwestern Mutual Life Insurance Co. | Debevoise, D.K. | 2 | 1 | 3 | 0 | 2000 |
| | 1235 | American Family Publishers Business Practices | Politan, N.H. | 44 | 2 | 46 | 0 | 2002 |
| | 1247 | Medical Resources, Inc. SEC | Walls, W.H. | 7 | 7 | 14 | 0 | 2003 |
| | 1337 | Holocaust Era German Industry, Bank & Insurance | Debevoise, D.R. | 33 | 22 | 55 | 4 | 2008 |
| | 1399 | AT&T Corp. SEC | Brown, Jr., G.E. | 17 | 11 | 12 | 16 | 2006 |
| | 1445 | Mirtazapine PAT | Hochberg, F.S. | 4 | 9 | 13 | 1 | 2004 |
| | 1540 | MOSAID Technologies, Inc., PAT | Martini, W.J. | 1 | 1 | 1 | 1 | 2005 |
| | 1550 | IDT Corp. Calling Card Terms | Wigenton, S.D | 3 | 2 | 5 | 0 | 2008 |
| | 1777 | SFBC International, Inc. SEC & Derivative | Chesler, S.R. | 7 | 7 | 14 | 0 | 2008 |
| 313 | | PENNSYLVANIA, EASTERN | *(60 Litigations)* | | | | | |
| | 3 | Plumbing Fixtures AT | Harvey, II, A. (MD) | 375 | 14 | 389 | 0 | 1978 |
| | 10 | Antibiotic Drug AT (Group III) | Weiner, C.R. | 1 | 9 | 10 | 0 | 1981 |
| | 12 | Concrete Pipe (East of the Rockies) AT | Davies, J.M. | 25 | 13 | 38 | 0 | 1971 |
| | 56 | Penn Central SEC | Lord, III, J.S. | 63 | 27 | 90 | 0 | 1979 |
| | 59 | CBS Licensing AT | Troutman, E.M. | 2 | 1 | 3 | 0 | 1975 |
| | 115 | REA Express, Inc., AT | Becker, E.R. | 12 | 2 | 14 | 0 | 1977 |
| | 119 | Professional Hockey AT | Higginbotham, Jr., A.L. | 8 | 5 | 13 | 0 | 1974 |
| | 125 | Pellston, MI - 5/9/70 AD | Higginbotham, Jr., A.L. | 3 | 2 | 5 | 0 | 1974 |
| | 134 | Pittsburgh & Lake Erie R.R. SEC & AT | Troutman, E.M. | 7 | 2 | 9 | 0 | 1978 |
| | 189 | Japanese Electronic Products AT | Becker, E.R. | 1 | 1 | 2 | 0 | 1986 |
| | 201A | Sugar Industry (East Coast) AT | Cahn, E.N. | 14 | 26 | 40 | 0 | 1981 |
| | 257 | Ironworkers Union EP | Hannum, J.B. | 2 | 2 | 2 | 2 | 1980 |
| | 323 | "Fine Paper" AT | McGlynn, J.L. | 41 | 9 | 50 | 0 | 1981 |
| | 360 | Gas Meter AT | Weiner, C.R. | 6 | 3 | 9 | 0 | 1980 |
| | 364 | Philadelphia, PA - 6/23/76 AD | Newcomer, C.C. | 2 | 15 | 17 | 0 | 1980 |
| | 368 | Food Fair SEC | Huyet, III, D.H. | 3 | 3 | 6 | 0 | 1980 |
| | 379 | Water Heater AT | Ditter, Jr., J.W. | 7 | 27 | 34 | 0 | 1982 |
| | 467 | Arthur Treacher's Franchise | Hannum, J.B. | 7 | 10 | 17 | 0 | 1982 |
| | 475 | Glassine & Greaseproof Paper AT | Weiner, C.R. | 1 | 8 | 9 | 0 | 1981 |
| | 546 | Catanella & E.F. Hutton | Giles, J.T. | 5 | 4 | 9 | 0 | 1988 |
| | 555 | Mannheim, Germany - 9/11/82 AD | Weiner, C.R. | 11 | 44 | 55 | 0 | 1986 |

*Multidistrict Litigation Terminated Through September 30, 2008*

### THIRD CIRCUIT
(continued)

| Tr'e Dist MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated Dis'd | Rem'd | Year of Termination |
|---|---|---|---|---|---|---|---|
| 587 | Lake Erie Iron Ore AT | Fullam, J.P. | 11 | 0 | 11 | 0 | 1991 |
| 607 | Towner Petroleum Co. SEC | Van Artsdalen, D.W. | 12 | 2 | 14 | 0 | 1988 |
| 611 | Cape Henry, VA - 3/20/83 AD | Weiner, C.R. | 2 | 1 | 3 | 0 | 1985 |
| 619 | Cable/Tel. Corp & Entities SEC | Bechtle, L.C. | 1 | 2 | 3 | 0 | 1985 |
| 633 | Real Estate Title AT | Van Artsdalen, D.W. | 7 | 6 | 13 | 0 | 1986 |
| 655 | Sunrise Savings & Loan SEC | O'Neill, Jr., T.N. | 4 | 13 | 17 | 0 | 1994 |
| 681 | First Jersey SEC | Weiner, C.R. | 23 | 5 | 28 | 0 | 1990 |
| 685 | Montgomery Ward Catalog | Green, C.S. | 43 | 3 | 42 | 4 | 1991 |
| 739 | Matthews & Wright SEC | Huyett, III, D.H. | 3 | 4 | 7 | 0 | 1995 |
| 745 | Continental Banks/S. Somerman & Entities | Newcomer, C.C. | 1 | 2 | 3 | 0 | 1989 |
| 764 | Texas Eastern Transmission Corp. | Van Artsdalen, D.W. | 1 | 3 | 4 | 0 | 1993 |
| 768 | Bexar County Health SEC | Bechtle, L.C. | 2 | 1 | 3 | 0 | 1990 |
| 784 | Suzuki Samurai PL | Fullam, J.F. | 8 | 10 | 18 | 0 | 1990 |
| 797 | Delco Wire and Cable Co. | Van Artsdalen, D.W. | 1 | 1 | 2 | 0 | 1991 |
| 849 | Bolar Pharmaceutical Co., Inc. | Cahn, E.N. | 2 | 1 | 3 | 0 | 1992 |
| 938 | Unisys Corp. Long Term Disability Plan | Buckwalter, R.L. | 1 | 1 | 2 | 0 | 1996 |
| 943 | Contrail/Teamsters 1992 Boycott | Bechtle, L.C. | 7 | 1 | 8 | 0 | 1994 |
| 961 | General Motors Corp. Pick-Up Truck Fuel Tank PL | Yohn, Jr., W.H. | 17 | 9 | 26 | 0 | 1994 |
| 1039 | Residential Doors AT | Broderick, R.J. | 2 | 4 | 6 | 0 | 1998 |
| 1100 | Loewen Group, Inc. SEC | O'Neill, T.N. | 1 | 2 | 3 | 0 | 1998 |
| 1127 | Foundation for New Era Philanthropy | Dalzell, S. | 1 | 6 | 7 | 0 | 1998 |
| 1128 | Painted Aluminum Products AT | Pollak, L.H. | 1 | 2 | 3 | 0 | 1999 |
| 1148 | Latex Gloves PL | Ludwig, E.V. | 546 | 72 | 55 | 502 | 2004 |
| | | (Reassigned to DAT from judge) | 0 | 0 | 63 | 0 | |
| 1155 | Cyber Promotions, Inc., Electronic Mail | Weiner, C.R. | 1 | 2 | 3 | 0 | 1997 |
| 1219 | Aetna, Inc., SEC | Padova, J.R. | 3 | 2 | 5 | 0 | 2001 |
| 1233 | Advanta National Bank Credit Card Terms | Robreno, E.C. | 8 | 1 | 9 | 0 | 2002 |
| 1229 | Chrysler Corp. Vehicle Paint | Van Antwerpen, F.S. | 1 | 1 | 2 | 0 | 2000 |
| 1244 | Graphite Electrodes AT (No. II) | Shapiro, N.L. | 5 | 20 | 25 | 0 | 2007 |
| 1269 | Peggy's Cove, Nova Scotia - 9/2/98 AD | Giles, J.T. | 292 | 5 | 288 | 9 | 2005 |
| 1273 | LifeUSA Holdings, Inc., Annuity Contracts Sales Practices (No. II) | Joyner, J.C. | 3 | 1 | 4 | 0 | 2004 |
| 1280 | Loewen Group, Inc., SEC (No. II) | O'Neill, T.N. | 7 | 13 | 20 | 0 | 2001 |

*Multidistrict Litigation Terminated Through September 30, 2008*

Page 12

| Tr'e Dist. MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated Did'd | Rem'd | Year of Termination |
|---|---|---|---|---|---|---|---|
| | | THIRD CIRCUIT (continued) | | | | | |
| 1301 | Providian Financial Corp. Credit Card Terms | Yohn, Jr., W.H. | 6 | 4 | 10 | 0 | 2002 |
| 1318 | IKON Office Solutions, Inc., SEC | Katz, M. | 2 | 16 | 18 | 0 | 2002 |
| 1324 | Comox Lake, British Columbia - 10/30/97 | Bechtle, L.C. | 4 | 2 | 6 | 0 | 2001 |
| 1353 | NCO Financial Systems, Inc., Debt Collection | Robreno, E.C. | 1 | 1 | 2 | 0 | 2002 |
| 1360 | Rite Aid Corporation SEC | Dalzell, S. | 2 | 21 | 23 | 0 | 2003 |
| 1402 | Microcrystalline Cellulose AT | O'Neill, Jr., T.N. | 6 | 11 | 17 | 0 | 2007 |
| 1498 | Laughlin Products, Inc., PAT | Baylson, M.M. | 65 | 2 | 67 | 0 | 2006 |
| 1655 | USF Red Star Inc. Worker Notification | Tucker, P.B. | 2 | 3 | 5 | 0 | 2006 |
| 314 | PENNSYLVANIA, MIDDLE | (3 Litigations) | | | | | |
| 293 | Anthracite Coal AT | Muir, M. | 10 | 5 | 10 | 5 | 1979 |
| 652 | Rope AT | Conaboy, R.P. | 7 | 4 | 11 | 0 | 1991 |
| 999 | Sensible Grammar Software CR | Caldwell, W.C. | 1 | 1 | 2 | 0 | 1995 |
| 315 | PENNSYLVANIA, WESTERN | (15 Litigations) | | | | | |
| 74 | Suess PAT | Rosenberg, L. | 12 | 2 | 14 | 0 | 1979 |
| 109 | Glenn W. Turner Enterprises SEC | Weber, G.J. | 47 | 2 | 34 | 15 | 1982 |
| 390 | Pittsburgh, PA - 8/21/77 AD | McCune, B.P. | 5 | 5 | 7 | 3 | 1983 |
| 536 | Bituminous Coal Wage | Bloch, A.N. | 23 | 13 | 19 | 16 | 1991 |
| | | (Reassigned to PAW (for judge)) | | | | | |
| 833 | Integrated Resources Commercial Paper SEC | Ziegler, D.E. | 4 | 1 | 5 | 0 | 1993 |
| 860 | Allegheny International Inc. SEC | Lewis, T.K. | 5 | 5 | 10 | 0 | 1993 |
| 905 | Construction Industries "ERISA" | Standish, W.L. | 4 | 9 | 13 | 0 | 1993 |
| 959 | Phar-Mor, Inc., SEC | Ziegler, D.E. | 38 | 16 | 54 | 0 | 1997 |
| 982 | Chambers Development Co. SEC | Lee, D.J. | 2 | 22 | 24 | 0 | 1998 |
| 1040 | Pittsburgh, PA - 9/8/94 AD | Standish, W.L. | 19 | 47 | 62 | 4 | 2000 |
| 1068 | Mercedes-Benz of North America EP | Standish, W.L. | 3 | 4 | 7 | 0 | 2000 |
| 1091 | Metropolitan Life Insurance Co. Sales Practices | Ambrose, D.W. | 76 | 72 | 148 | 0 | 2007 |
| 1200 | Flat Glass AT | Ambrose, D.W. | 13 | 21 | 33 | 1 | 2006 |
| 1220 | Ferrosilicon Products AT | Lancaster, G.L. | 1 | 6 | 7 | 0 | 1999 |
| 1503 | Advanced Investment Management, L.P., Pension Management | Cindrich, R.J. | 8 | 2 | 10 | 0 | 2004 |
| TOTAL | | | 2,668 | 906 | 2,966 | 608 | |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tre Dist | MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tre Court | Actions Terminated | | Year of Termination |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Dist'd | Rem'd | |
| | | **FOURTH CIRCUIT** | | | | | | |
| | | | (*17 Litigations*) | | | | | |
| 416 | | **MARYLAND** | | | | | | |
| | 36 | Kaehni Jewelry PAT | Northrop, E. | 6 | 3 | 9 | 0 | 1972 |
| | 267 | Independent Gasoline AT | Young, J.H. | 3 | 4 | 7 | 0 | 1981 |
| | 284 | Practice of Naturopathy | Young, J.H. | 29 | 1 | 30 | 0 | 1979 |
| | 444 | 1980 Decennial Census | Northrop, E.S. | 40 | 0 | 39 | 1 | 1989 |
| | 456 | Mid-Atlantic Toyota AT | Young, J.H. | 9 | 2 | 11 | 1 | 1985 |
| | 552 | Goldsboro, MD - 1/15/80 AD | Howard, J.C. | 1 | 1 | 1 | 1 | 1985 |
| | 728 | Chase, MD Rail Collision - 1/4/87 CD | Harvey, II. A. | 66 | 26 | 92 | 1 | 1990 |
| | 780 | Sabin Oral Polio Vaccine PL | Motz, J.F. | 7 | 1 | 7 | 1 | 1995 |
| | 824 | RAC Mortgage Investment SEC | Motz, J.F. | 1 | 4 | 5 | 0 | 1993 |
| | 827 | Lone Star Industries Concrete R.R. Ties PL | Harvey, II. A. | 5 | 4 | 9 | 0 | 1993 |
| | 922 | Trans-Pacific Insurance Co. | Nickerson, W.M. | 3 | 1 | 4 | 0 | 1993 |
| | 1069 | American Honda Dealer Relations | Motz, J.F. | 77 | 21 | 97 | 1 | 2001 |
| | 1110 | Second Chance Body Armor, Inc., Advertising | Davis, A.M. | 7 | 2 | 9 | 0 | 2007 |
| | 1120 | ABF Freight System, Inc. CONT | Harvey, II. A. | 4 | 1 | 5 | 0 | 1998 |
| | 1388 | Cruciferous Sprout PAT | Nickerson, W.M. | 4 | 2 | 6 | 0 | 2005 |
| | 1421 | Wireless Telephone Radio Frequency Emissions PL | Blake, C.C. | 16 | 3 | 17 | 2 | 2007 |
| | 1518 | Allegheny Energy, Inc. SEC | Davis, A.M. | 14 | 3 | 17 | 0 | 2007 |
| 417 | | **NORTH CAROLINA, EASTERN** | | | | | | |
| | | | (*4 Litigations*) | | | | | |
| | 802 | Applied Crane, Inc., CONT | Fox, J.C. | 1 | 1 | 2 | 0 | 1989 |
| | 929 | Food Lion, Inc., Scheduling EP | Fox, J.C. | 8 | 3 | 9 | 2 | 1998 |
| | 1132 | Exterior Insulation Finish System PL | Britt, W.E. | 101 | 8 | 74 | 30 | 2008 |
| | 1634 | Peanut Crop Insurance | Howard, M.J. | 16 | 1 | 17 | 0 | 2007 |
| 418 | | **NORTH CAROLINA, MIDDLE** | | | | | | |
| | | | (*4 Litigations*) | | | | | |
| | 232 | Joseph F. Smith PAT | Ward, H.H. | 3 | 3 | 6 | 0 | 1979 |
| | 868 | Andarko Oil & Gas SEC | Tilley, Jr., N.C. | 4 | 1 | 5 | 0 | 1993 |
| | 987 | Actionquest, Inc. Boating Accident | Osteen, Sr., W.L. | 2 | 2 | 4 | 0 | 1995 |
| | 1084 | Morrisville, North Carolina - 12/13/94 AD | Bullock, Jr., F.W. | 9 | 1 | 2 | 8 | 1999 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tfe Dist | MDL No. | MDL Caption | Transferee Judge | Total Tfd | Total Filed in Tfe Court | Actions Terminated | | Year of Termination |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Dist | Remd | |
| | | FOURTH CIRCUIT (continued) | | | | | | |
| 419 | | NORTH CAROLINA, WESTERN (7 Litigations) | | | | | | |
| | 13 | Hendersonville, NC - 7/19/67 AD | Jones, W.W. | 2 | 99 | 101 | 0 | 1971 |
| | 202 | Charlotte, NC - 9/11/74 AD | McMillan, J.B. | 15 | 5 | 19 | 1 | 1977 |
| | 209 | Panty Hose Seaming PAT | Jones, W.W. | 7 | 2 | 9 | 0 | 1977 |
| | 574 | Yarn Processing PAT (No. II) | McMillan, J.B. | 23 | 6 | 29 | 0 | 1988 |
| | 932 | Southeast Hotel Properties SEC | Potter, R.D. | 2 | 2 | 4 | 0 | 1995 |
| | 1516 | Polyester Staple AT | Voorhees, R.L. | 23 | 14 | 36 | 0 | 2008 |
| | 1558 | Charlotte, NC - 1/8/03 AD | Mullen, G.C. | 7 | 3 | 10 | 0 | 2006 |
| 420 | | SOUTH CAROLINA (7 Litigations) | | | | | | |
| | 1041 | Charlotte, NC - 7/2/94 AD | Anderson, Jr., J.F. | 25 | 44 | 66 | 3 | 1997 |
| | 1378 | Safety-Kleen Corp. SEC | Anderson, Jr., J.F. | 1 | 20 | 21 | 0 | 2005 |
| | 1397 | Laidlaw Inc SEC | Anderson, Jr., J.F. | 1 | 4 | 5 | 0 | 2005 |
| | 1612 | The Thaxton Group Inc. SEC | Anderson, Jr., G.R. | 4 | 2 | 2 | 4 | 2006 |
| | 865 | Showa Denko K.K. L-Tryptophan PL (No. II) | Perry, Jr., M.J. | 856 | 117 | 456 | 416 | 2007 |
| | | (Reassigned to SC for other judges) | | 0 | 0 | 101 | 0 | |
| | 1429 | American General Life & Accident Insurance Co. Industrial Life Insurance | Currie, C.M. | 106 | 29 | 135 | 0 | 2007 |
| | 1595 | Electrical Receptacle PL | Blatt, Jr., S. | 5 | 4 | 9 | 0 | 2007 |
| 422 | | VIRGINIA, EASTERN (10 Litigations) | | | | | | |
| | 188 | Industrial Wire Contracts SEC | MacKenzie, J.A. | 1 | 7 | 8 | 0 | 1977 |
| | 195 | Eastern Air Lines Flight Attendant Weight EP | Merhige, Jr., R.R. | 2 | 1 | 1 | 2 | 1978 |
| | 199 | Upperville, VA - 11/27/73 AD | Bryan, Jr., A.V. | 8 | 41 | 49 | 0 | 1977 |
| | 235 | Westinghouse Electric Corp. Uranium CONT | Merhige, Jr., R.R. | 12 | 1 | 13 | 0 | 1981 |
| | 244 | Western Electric Co., Inc., Semiconductor PAT | Warriner, D.D. | 5 | 1 | 6 | 0 | 1978 |
| | 544 | Action Industries SEC | Williams, R.L. | 3 | 1 | 4 | 0 | 1984 |
| | 680 | Epic Mortgage Insurance | Hilton, C.M. | 4 | 2 | 6 | 0 | 1988 |
| | 1113 | Apple Juice PL | Spencer, J.R. | 13 | 0 | 13 | 0 | 1999 |
| | 1174 | America Online, Inc., Unlimited Access | Brinkema, L.M. | 19 | 7 | 26 | 0 | 1998 |
| | 1705 | Xybernaut Corp SEC | Brinkema, L.M. | 7 | 3 | 10 | 0 | 2008 |
| 423 | | VIRGINIA, WESTERN (1 Litigation) | | | | | | |
| | 1198 | Dun & Bradstreet, Inc., Debt Collection Practices | Kiser, J.L. | 3 | 2 | 4 | 1 | 2002 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'e Dist | MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated Dis'd | Actions Terminated Rva'd | Year of Termination |
|---|---|---|---|---|---|---|---|---|
| | | **FOURTH CIRCUIT** (continued) | | | | | | |
| 424 | | **WEST VIRGINIA, NORTHERN** | *(1 Litigation)* | | | | | |
| | 280 | Underprivileged Students | Haden, II. C.H. | 1 | 1 | 2 | 0 | 1978 |
| 425 | | **WEST VIRGINIA, SOUTHERN** | *(4 Litigations)* | | | | | |
| | 39 | Silver Bridge Disaster CD | Kaufman, F. (MD) | 26 | 30 | 56 | 0 | 1975 |
| | 94 | Huntington, WV - 11/14/70 AD | Hall, K.K. | 21 | 4 | 25 | 0 | 1973 |
| | 1477 | Serzone PL | Goodwin, J.R. | 172 | 5 | 177 | 0 | 2007 |
| | 1617 | Maytag Corp. Neptune Washer PL | Goodwin, J.R. | 4 | 1 | 5 | 0 | 2005 |
| **TOTAL** | | | | 1,814 | 556 | 1,897 | 473 | |
| 531 | | **FIFTH CIRCUIT** | | | | | | |
| | | **LOUISIANA, EASTERN** | *(29 Litigations)* | | | | | |
| | 159 | Plywood AT | Pointer, Jr., S.C. (ALN) | 22 | 9 | 31 | 0 | 1983 |
| | 252 | Liquid Carbonic Truck Drivers | Sear, M.L. | 14 | 21 | 35 | 0 | 1978 |
| | | Chemical Poisoning | | | | | | |
| | 281 | Ascot Oils, Inc. SEC | Schwartz, C. | 2 | 1 | 3 | 0 | 1983 |
| | 392 | Continental Grain Disaster CD | Mitchell, L.L. | 6 | 1 | 7 | 0 | 1980 |
| | 417 | Marine Construction AT | Sear, M.L. | 65 | 12 | 76 | 1 | 1986 |
| | 481 | Incident Aboard the D/B OCEAN KING - 8/30/80 CD | Beer, P.H. | 2 | 7 | 9 | 0 | 1982 |
| | 508 | OCEAN RANGER Sinking Off Newfoundland - 2/15/82 CD | Collins, R.F. | 63 | 26 | 89 | 0 | 1986 |
| | 516 | New Orleans, LA - 7/9/82 AD | Duplantier, A.G. (Re-assigned to LAE V'ce judge) | 49 | 253 | 256 | 38 | 1988 |
| | | | | 0 | 0 | 8 | 0 | |
| | 622 | M/V ANTACUS - 7/6/84 CD | Arceneaux, Jr., G. | 3 | 5 | 8 | 0 | 1987 |
| | 738 | PENROD, in Gulf of Mexico - 10/27/85 CD | Beer, P. | 2 | 29 | 31 | 0 | 1988 |
| | 863 | Taxable Municipal Bond SEC | Sear, M.L. | 44 | 2 | 41 | 5 | 1996 |

# Multidistrict Litigation Terminated Through September 30, 2008

| Tr'e Dist MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated Disd | Actions Terminated Rem'd | Year of Termination |
|---|---|---|---|---|---|---|---|
| | | **FIFTH CIRCUIT** (continued) | | | | | |
| 867 | Prudential-Bache Energy Growth Funds SEC | McNamara, A.J. | 9 | 15 | 24 | 0 | 1993 |
| 888 | Prudential-Bache Energy Income Partnerships SEC | Livaudais, M. | 6 | 5 | 11 | 0 | 1994 |
| 991 | Ford Motor Co. Bronco II PL | Sear, M.L. | 6 | 2 | 7 | 1 | 1998 |
| 1063 | Ford Motor Co. Vehicle Paint PL | Vance, S.S. | 8 | 1 | 9 | 0 | 2000 |
| 1098 | Masonite Corp. Hardboard Siding PL | Feldman, M.L.C. | 43 | 1 | 41 | 3 | 2003 |
| 1149 | New York Life Insurance Co. | Sear, M.L. | 4 | 2 | 6 | 0 | 1997 |
| 1181 | Air Bag PL | Feldman, M.L.C. | 1 | 2 | 3 | 0 | 1998 |
| 1193 | Bank of Louisiana/Kenwin Shops, Inc., CONT | Duval, Jr., S.R. | 3 | 2 | 5 | 0 | 2000 |
| 1298 | Papst Licensing, GmbH, PAT | Barbier, C.J. | 6 | 1 | 7 | 0 | 2003 |
| 1321 | MasterCard International, Inc. Internet Gambling | Duval, Jr., S.R. | 14 | 0 | 14 | 0 | 2004 |
| 1322 | VISA International Association Internet Gambling | Duval, Jr., S.R. | 19 | 0 | 19 | 0 | 2004 |
| 1371 | Monumental Life Insurance Co. Industrial Life Insurance | Feldman, M.L.C. | 13 | 1 | 14 | 0 | 2007 |
| 1382 | Unutrin, Inc., Industrial Life Insurance | Barbier, C.J. | 85 | 6 | 89 | 2 | 2006 |
| 1391 | American Life Insurance Co. Industrial Life Insurance | Feldman, M.L.C. | 3 | 1 | 4 | 0 | 2005 |
| 1395 | Western & Southern Life Insurance Co. Industrial Life Insurance | Feldman, M.L.C. | 8 | 0 | 8 | 0 | 2007 |
| 1531 | Train Derailment Near Amite, LA - 10-12/02 | Zainey, J.C. | 3 | 39 | 42 | 0 | 2006 |
| 1632 | High Sulphur Content Gasoline PL | Lemelle, I.L.R. | 3 | 16 | 19 | 0 | 2006 |
| 1643 | Educational Testing Service PLT 7-12 Test Scoring | Vance, S.S. | 27 | 4 | 31 | 0 | 2008 |
| 53N | **LOUISIANA, MIDDLE** (2 Litigations) | | | | | | |
| 282 | So. Central States Bakery Products AT | Schwartz, C. (LAE) | 5 | 1 | 6 | 0 | 1982 |
| 979 | Combustion Inc. Hazardous Waste Substances Cleanup | Haik, Sr., R.T. (LAW) | 3 | 17 | 20 | 0 | 1994 |
| 536 | **LOUISIANA, WESTERN** (3 Litigations) | | | | | | |
| 193 | Natchitoches Parish, LA - 9/20/73 AD | Dawkins, Jr., B.C. | 6 | 1 | 7 | 0 | 1979 |
| 353 | Marsh Island, LA - 12/8/77 AD | Davis, W.E. | 2 | 22 | 24 | 0 | 1981 |
| 615 | Helicopter Crash Near Lake Charles, LA - 9/15/83 AD | Veron, E.E. | 1 | 1 | 2 | 0 | 1989 |

*Multidistrict Litigation Terminated Through September 30, 2008*

| Tr'e Dist | MDL No. | MDL Caption | Transferee Judge | Total Tr'd | Total Filed in Tr'e Court | Actions Terminated Dis'd | Actions Terminated Rem'd | Year of Termination |
|---|---|---|---|---|---|---|---|---|
| | | **FIFTH CIRCUIT** (continued) | | | | | | |
| 537 | | MISSISSIPPI, NORTHERN | *(1 Litigation)* | | | | | |
| | 928 | Catfish/Catfish Products AT | Davidson, G.H. | 6 | 7 | 13 | 0 | 1997 |
| 538 | | MISSISSIPPI, SOUTHERN | *(2 Litigations)* | | | | | |
| | 1183 | Chemnova, Inc. Insecticide PL | Gex, III, W.J. | 1 | 3 | 4 | 0 | 1998 |
| | 1209 | Progressive Games, Inc., PAT | Wingate, H.T. | 13 | 3 | 16 | 0 | 2000 |
| 539 | | TEXAS, NORTHERN | *(21 Litigations)* | | | | | |
| | 80 | Las Vegas, NV - 10/8/68 AD | Hill, R.M. | 10 | 5 | 5 | 10 | 1974 |
| | 84 | Mandeville, LA - 1/8/71 AD | Brewster, L. | 1 | 1 | 2 | 0 | 1974 |
| | 101 | Carisco PAT | Brewster, L. | 1 | 1 | 1 | 1 | 1975 |
| | 248 | Beef Industry AT | Kazen, G.P. (TXS) | 17 | 7 | 24 | 0 | 1989 |
| | 260 | Ownership of Longoria Bank Deposits | Hughes, S.T. | 2 | 1 | 2 | 1 | 1978 |
| | 261 | Municipal Bond Reporting AT | Taylor, Jr., W.M. | 2 | 1 | 3 | 0 | 1980 |
| | 371 | LTV SEC | Higginbotham, P.E. | 5 | 3 | 8 | 0 | 1982 |
| | 560 | Letterman Brothers SEC | Hill, R.M. | 1 | 3 | 3 | 1 | 1984 |
| | 562 | Camp Lejeune, NC - 5/22/81 AD | Fish, A.J. | 2 | 2 | 4 | 0 | 1987 |
| | 596 | Spanish Internation Communications AT | Belew, Jr., D.O. | 6 | 2 | 8 | 0 | 1987 |
| | 628 | Cotton AT | Woodward, H.O. | 6 | 3 | 9 | 0 | 1988 |
| | 634 | Academy Life Insurance Co. | Sanders, B. | 5 | 6 | 11 | 0 | 1988 |
| | 657 | Dallas/Fort Worth Airport - 8/2/85 AD | Belew, Jr., D.O. | 61 | 35 | 63 | 33 | 1993 |
| | 761 | "SABRE" Air Reservation AT & CONT | Buchmeyer, J. | 13 | 121 | 134 | 0 | 1993 |
| | 771 | Texarkana, TX - 4/4/86 AD | Buchmeyer, J. | 5 | 1 | 6 | 0 | 1990 |
| | 772 | Incepts, Inc., inTIME License | Maloney, R.B. | 3 | 4 | 7 | 0 | 1991 |
| | 903 | Texas Municipalities/Southwestern Bell Telephone Company Fee Ordinance | Maloney, R.B. | 2 | 2 | 4 | 0 | 1996 |
| | 1019 | Dallas/Fort Worth Airport - 4/14/93 AD | Fitzwater, S.A. | 3 | 0 | 1 | 2 | 1995 |
| | 1214 | Great Southern Life Insurance SP | Fitzwater, S.A. | 54 | 1 | 25 | 0 | 2006 |
| | 1528 | Southwestern Life Insurance Co. Sales Practices | Sanders, B. | 12 | 0 | 12 | 0 | 2006 |
| | 1627 | American Airlines, Inc., Privacy | Fitzwater, S.A. | 3 | 2 | 5 | 0 | 2006 |